IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Southwest Corporate Federal Credit Union and Members United Corporate Federal Credit Union,<br><br>     Plaintiff,<br><br> v.<br><br>RBS SECURITIES INC., f/k/a GREENWICH CAPITAL MARKETS, INC., and RBS ACCEPTANCE INC., f/k/a GREENWICH CAPITAL ACCEPTANCE, INC.,<br><br>     Defendants. | Case No.: 13-cv-06726 (DLC)<br><br>**ECF Case**<br><br>**Electronically Filed** |

**DEFENDANTS RBS SECURITIES INC.'S AND RBS ACCEPTANCE INC.'S
NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and the pleadings and proceedings herein, defendants RBS Securities Inc. and RBS Acceptance Inc. hereby move this Court, before the Honorable Denise L. Cote, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007–1312, at a date and time to be determined by the Court, for an order pursuant to Federal Rule of Civil Procedure 12(c) dismissing with prejudice Plaintiff's claims under the Illinois Securities Law for failure to plead reliance.

-2-

| | |
|---|---|
| Dated:  Los Angeles, California<br>           February 20, 2015 | Respectfully submitted,<br>KIRKLAND & ELLIS LLP<br><br>By: */s/ R. Alexander Pilmer*<br>R. Alexander Pilmer<br>David I. Horowitz<br>Jay L. Bhimani<br>Kristin E. Rose<br>Gavin C.P. Campbell<br><br>333 South Hope Street<br>Los Angeles, California 90071<br>Telephone:  (213) 680-8400<br>Facsimile:  (213) 680-8500<br><br>*Counsel for Defendants RBS Securities Inc.*<br>*and RBS Acceptance Inc.* |