```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                        Plaintiff,    :    13cv6726 (DLC)
            -v-                       :
                                      :
RBS SECURITIES INC., f/k/a GREENWICH  :    ORDER
CAPITAL MARKETS, INC., et al.         :
                                      :
                        Defendants.   :
                                      :
-------------------------------------X
```

HON. DENISE COTE, District Judge:

On February 20, 2015, defendants RBS Securities Inc. and RBS Acceptance Inc. (together, "RBS") moved pursuant to Fed. R. Civ. P. 12(c) to dismiss with prejudice plaintiff's claims under Section 12(G) of the Illinois Securities Law for failure to plead the element of reliance. Accordingly, it is hereby

ORDERED that plaintiff's opposition must be submitted by **March 6**. RBS's reply, if any, must be submitted by **March 13**.

IT IS FURTHER ORDERED that at the time any reply is served, the moving party shall supply two courtesy copies of all motion papers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         February 23, 2015

                                   _____
                                        DENISE COTE
                                   United States District Judge