# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

333 South Hope Street
Los Angeles, California  90071

R. Alexander Pilmer
To Call Writer Directly:
(213) 680-8405
alex.pilmer@kirkland.com

(213) 680-8400

www.kirkland.com

Facsimile:
(213) 680-8500

March 18, 2015

<u>Via ECF</u>

The Honorable Denise L. Cote
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:     <u>Request to File Under Seal</u>

*NCUA v. RBS Securities Inc.*, No. 13-6726 (S.D.N.Y.)
*NCUA v. RBS Securities Inc.*, No. 11-5887 (C.D. Cal.)
*NCUA v. RBS Securities Inc.*, No. 11-2649 (D. Kan.)

Dear Judge Cote:

RBS filed today a letter motion to compel damages discovery from Plaintiff National Credit Union Administration Board ("Plaintiff") in the above-captioned matters.  Exhibits A–C to that letter motion, a list of which is attached hereto, were designated Confidential by Plaintiff pursuant to the Master Protective Order (ECF No. 102) entered in these matters.  Paragraph 9 of the Master Protective Order provides:

> In the event that before trial in the Related Actions, or in connection with any hearing in or any matter relating to the Related Actions, counsel for any Party determines to file or submit in writing to the Clerk's office any Protected Material, or any papers containing or making reference to the substance of such material or information, such documents or portions thereof containing or making reference to such material or information shall be filed with a request that the documents be filed under seal in accordance with the rules of the Court, and kept under seal until further order of the Court.

In accordance with Rule 4(A) of the Court's Individual Practices in Civil Cases, and Paragraph 9 of the Master Protective Order, RBS requests that Exhibits A–C to its letter motion be filed under seal in accordance with the rules of Court, and kept under seal until further order of the Court.

Beijing     Chicago     Hong Kong     Houston     London     Munich     New York     Palo Alto     San Francisco     Shanghai     Washington, D.C.

KIRKLAND & ELLIS LLP

Very truly yours,

*/s/ R. Alexander Pilmer*

R. Alexander Pilmer

cc:    Counsel of Record (via ECF)

## KIRKLAND & ELLIS LLP

**Documents Requested To Be Filed Under Seal**

| | |
|---|---|
| Exhibit A | Excerpts from Plaintiffs' Amended Responses to Defendants' First Set of Joint Interrogatories |
| Exhibit B | NCUA Guaranteed Notes Trust 2010-R2 Offering Memorandum |
| Exhibit C | NCUA Guaranteed Notes Trust 2010-R2 Cross-Receipt |