UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Southwest Corporate Federal Credit Union and Members United Corporate Federal Credit Union,<br><br>    Plaintiff,<br><br>v.<br><br>RBS SECURITIES, INC., f/k/a GREENWICH CAPITAL MARKETS, INC., and RBS ACCEPTANCE, INC., f/k/a GREENWICH CAPITAL ACCEPTANCE INC.,<br><br>    Defendants. | Civil Action No. 13-cv-6726 (DLC) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Andrew C. Shen, with the law firm of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., admitted to the Bar of this Court, hereby enters his appearance in the above-captioned action, as counsel for Plaintiff National Credit Union Administration Board.

Dated: March 20, 2015

                  /s/ Andrew C. Shen
                  Andrew C. Shen
                  Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
                  Sumner Square
                  1615 M Street, N.W., Suite 400
                  Washington, D.C. 20036
                  Tel: 202.326.7900
                  ashen@khhte.com

                  *Attorney for National Credit Union Administration Board*