UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
NATIONAL CREDIT UNION
ADMINISTRATION BOARD          Plaintiff,

Case No. 13-cv-6726 (DLC)

-against-

RBS SECURITIES, INC., et al.     Defendant.
-------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Richard M. Elias**
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____  My State Bar Number is _____

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Korein Tillery LLC
            FIRM ADDRESS: 505 N. 7th Street, Ste. 3600, St. Louis, MO 63101
            FIRM TELEPHONE NUMBER: 314-241-4844
            FIRM FAX NUMBER: 314-241-3525

NEW FIRM:   FIRM NAME: Elias Gutzler Spicer LLC
            FIRM ADDRESS: 1924 Chouteau Ave., Ste. W., St. Louis, MO 63101
            FIRM TELEPHONE NUMBER: 314-833-6645
            FIRM FAX NUMBER: 314-621-7607

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____

Dated: 05/04/2015

_Richard M. Elias_
ATTORNEY'S SIGNATURE