UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| National Credit Union Administration Board<br><br>Plaintiff(s),<br><br>- against -<br><br>RBS Securities Inc., et al.<br><br>Defendant(s). | Case No.:   1:13-cv-06726-DLC<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for Defendants RBS Securities Inc. and RBS Acceptance Inc.

I certify that I am admitted *pro hac vice* to practice in this court.

Dated:  May 27, 2015        s/ *Colin J. Michel*
                            Colin J. Michel

Kirkland & Ellis LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071
Telephone:    (213) 680-8400
Facsimile:    (213) 680-8500
colin.michel@kirkland.com

*Attorney for Defendants RBS Securities Inc.*
*and RBS Acceptance Inc.*