UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
National Credit Union Administration Board,

                Plaintiff,

- against -

RBS Securities, Inc., et al.,

                Defendants.
--------------------------------------------------------------

Index No.: 13-cv-6726 (PKC)

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, by Nicholas P. Crowell, hereby enters its appearance as counsel of record in the above-captioned action for and on behalf of non-party James Whittemore. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated: New York, New York
         June 10, 2015

SIDLEY AUSTIN LLP

By: /s/ Nicholas P. Crowell
     Nicholas P. Crowell
     ncrowell@sidley.com
     787 Seventh Avenue
     New York, New York 10019
     Telephone: (212) 839-5300

*Counsel for Non-Party James Whittemore*