# EXHIBIT 1

## Klenov, Michael

| | |
|---|---|
| **From:** | Klenov, Michael |
| **Sent:** | Monday, March 30, 2015 2:19 PM |
| **To:** | 'smerrill@sidley.com' |
| **Cc:** | Gutzler, Greg; Elias, Rich; Spicer, Tami; 'Horowitz, David I.'; Bhimani, Jay; Rose, Kristin |
| **Subject:** | RE: NCUA |

Ms. Merrill:

I represent the National Credit Union Administration Board in a series of coordinated cases against RBS. Per the email below, I understand that you represent Mr. Whittemore. We plan to depose your client and wanted to reach out to (1) see whether you would accept service of a deposition notice/subpoena and (2) work with you on scheduling a mutually acceptable date.

If possible, we'd like to depose Mr. Whittemore in early May. Please let me know if you will accept service and whether specific dates/locations within that timeframe are more convenient than others. If you will not accept service, then I would appreciate it if you could let us know right away so that we can get the formal-service process started.

Thanks very much,

Michael

---

**From:** Horowitz, David I. [mailto:dhorowitz@kirkland.com]
**Sent:** Friday, March 27, 2015 12:33 PM
**To:** Klenov, Michael; Bhimani, Jay; Rose, Kristin
**Cc:** Gutzler, Greg; Elias, Rich; Shen, Andy; Berezney, Steve
**Subject:** RE: NCUA

Michael --

You should contact Shari Brandt at Richards Kibbe regarding Brian Farrell, Frank Camacho, and Paul Goudie. Her number is 212-530-1874 and her e-mail is sbrandt@rkollp.com.  For William Gallagher and Frank Skibo:  Colin Watson at Covington (212-841-1261, cpwatson@cov.com).  For Jim Whittemore contact Susan Merrill at Sidley (212-839-8558; smerrill@sidley.com), and for Joe Walsh, Steven Glaser at Skadden (212-735-2465; steven.glaser@skadden.com).  We will get back to you as soon as possible regarding Mr. Phillips.

Best Regards,

David

**David I. Horowitz | Kirkland & Ellis LLP**
333 S. Hope Street | Los Angeles, CA 90071
**P** 213.680.8374 | **F** 213.808.8074 | **C** 323.326.9210

---

**From:** Klenov, Michael [mailto:mklenov@KoreinTillery.com]
**Sent:** Friday, March 20, 2015 6:16 AM
**To:** Horowitz, David I.; Bhimani, Jay; Rose, Kristin
**Cc:** Gutzler, Greg; Elias, Rich; Shen, Andy; Berezney, Steve
**Subject:** FW: NCUA

1

David,

I write to request deposition dates for the eight witnesses identified below. Consistent with Andy's attached letter, we ask that five of these dates be before May 30. If NCUA chooses to depose up to two additional RBS witnesses, then it will identify those witnesses before May 22.

James Whittemore
Vinu Phillips
Francis Camacho
Brian Farrell
Frank Skibo
Paul Goudie
William Gallagher
Joseph Walsh

For the witnesses who are not current employees, please let us know immediately if you will not be representing them or if you are not authorized to accept service of a subpoena on their behalf. We'd like to have some dates on the calendar before the end of next week so that we don't have to needlessly chase down witnesses who you will ultimately represent in order to serve them with subpoenas.

Thanks,

Michael



Michael Klenov
**Korein Tillery, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Office:  314-241-4844
Direct:  314-450-4098

---------------------------
This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy or distribute or use the information in this message.
---------------------------


David,

I write to request deposition dates for the eight witnesses identified below. Consistent with Andy's attached letter, we ask that five of these dates be before May 30. If NCUA chooses to depose up to two additional RBS witnesses, then it will identify those witnesses before May 22.

James Whittemore
Vinu Phillips
Francis Camacho
Brian Farrell
Frank Skibo
Paul Goudie
William Gallagher
Joseph Walsh

For the witnesses who are not current employees, please let us know immediately if you will not be representing them or if you are not authorized to accept service of a subpoena on their behalf. We'd like to have some dates on the calendar before the end of next week so that we don't have to needlessly chase down witnesses who you will ultimately represent in order to serve them with subpoenas.

Thanks,

Michael



Michael Klenov
**Korein Tillery, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Office:  314-241-4844
Direct:  314-450-4098

---------------------------
This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy or distribute or use the information in this message.
---------------------------



**From:** Shen, Andrew C. [mailto:ashen@khhte.com]
**Sent:** Thursday, March 19, 2015 6:54 PM
**To:** EXTERNAL NCUA SDNY; 'William F. Alderman'; 'Barbara S. Steiner'
**Subject:** NCUA

Counsel,

Please see the attached letter.

Best regards,

Andy

Andrew C. Shen

2

Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
1615 M Street, N.W.
Suite 400
Washington, D.C. 20036
Direct:  (202) 326-7963
Fax:  (202) 326-7999

The above communication contains information that may be confidential and/or privileged. Except for use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing, and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender at the above telephone number or electronic mail address. Nothing in this communication is intended to operate as an electronic signature under applicable law.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*