UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| National Credit Union Administration Board<br><br>Plaintiff,<br><br>- against -<br><br>RBS Securities Inc., et al.<br><br>Defendants. | Case No.:   1:13-cv-06726-DLC<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants RBS Securities Inc. and RBS Acceptance Inc.

I certify that I am admitted *pro hac vice* to practice in this court.

Dated:  June 18, 2015                                s/ *Heather F. Canner*
                                                                    Heather F. Canner

                                                                    Kirkland & Ellis LLP
                                                                    333 South Hope Street, Suite 2900
                                                                    Los Angeles, California 90071
                                                                    Telephone:     (213) 680-8400
                                                                    Facsimile:       (213) 680-8500
                                                                    heather.canner@kirkland.com

                                                                    *Attorney for Defendants RBS Securities Inc.*
                                                                    *and RBS Acceptance Inc.*