# WOLLMUTH MAHER & DEUTSCH LLP

500 FIFTH AVENUE
NEW YORK, NEW YORK 10110

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

June 26, 2015

***Via ECF (S.D.N.Y.)***

The Honorable Denise L. Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: *NCUA v. RBS Securities, Inc.*, No. 13-6726 (S.D.N.Y.)
    *NCUA v. Morgan Stanley & Co.,* No. 13-6705 (S.D.N.Y.) (Lead Case)

Dear Judge Cote:

    Plaintiff National Credit Union Administration Board in its capacity as liquidating agent for certain credit unions ("NCUA") respectfully requests permission for its June 25, 2015 letter (ECF No. 262) to be filed in redacted form and Exhibits A-E (ECF Nos. 262-1; 262-2; 262-3; 262-4; 262-5) to the letter to be filed under seal.[1]

    NCUA submits that the letters contain non-public personal and confidential information regarding a non-party's past compensation and requested future compensation and that good cause is shown to allow such documents to be filed under seal. On June 25, 2015 Magistrate Judge James P. O'Hara permitted the same documents to be filed under seal in *NCUA v. RBS Securities, Inc.*, No. 11-2649 (D. Kan.) (ECF No. 606).

---

[1] On June 25, 2015 NCUA had emailed an unredacted version of the letter and the exhibits filed under seal in their entirety to the Courts pursuant to the Courts' June 4, 2014 Order.

/s/ Frederick R. Kessler

David H. Wollmuth
Frederick R. Kessler
Steven S. Fitzgerald
Ryan A. Kane
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, NY 10110
Tel: (212) 382-3300
Fax: (212) 382-0050
dwollmuth@wmd-law.com
fkessler@wmd-law.com
sfitzgerald@wmd-law.com
rkane@wmd-law.com

David C. Frederick
Wan J. Kim
Gregory G. Rapawy
Andrew C. Shen
KELLOGG, HUBER, HANSEN, TODD,
 EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
dfrederick@khhte.com
wkim@khhte.com
grapawy@khhte.com
ashen@khhte.com

George A. Zelcs
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel: (312) 641-9750
Fax: (312) 641-9751
gzelcs@koreintillery.com

Stephen M. Tillery
Greg G. Gutzler
Robert L. King
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Tel: (314) 241-4844
Fax: (314) 241-3525
stillery@koreintillery.com
ggutzler@koreintillery.com
rking@koreintillery.com

*Attorneys for Plaintiff National Credit Union Administration Board*