KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

SUMNER SQUARE

1615 M STREET, N.W.

SUITE 400

WASHINGTON, D.C. 20036-3215

———

(202) 326-7900

FACSIMILE:
(202) 326-7999

September 23, 2015

**Via ECF**

The Honorable Denise L. Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *NCUA v. RBS Securities, Inc.,* No. 13-6726 (S.D.N.Y.)
             *NCUA v. Morgan Stanley & Co.,* No. 13-6705 (S.D.N.Y.) (Lead Case)

Dear Judge Cote:

      We write on behalf of NCUA, as liquidating agent, regarding a schedule for resolving any motion for attorneys' fees and costs related to NCUA's acceptance of RBS's Offer of Judgment. After consultation with counsel for RBS, the parties jointly propose that they attempt to negotiate the appropriate amount of attorneys' fees and costs until October 23, 2015, and advise the Court by that date if the negotiations have been successful. If negotiations are unsuccessful, the parties propose to engage in mediation with Magistrate Judge Francis until November 13. Failing successful mediation, the parties propose to submit briefing on this issue on the following schedule:

                NCUA's Motion:     November 25, 2015
                RBS's Opposition:  December 23, 2015
                NCUA's Reply:      January 8, 2016

                Respectfully,

                /s/ David C. Frederick
                David C. Frederick
                *Counsel for NCUA*
                (Additional counsel listed below)

Letter to Judge Cote
September 23, 2015
Page 2

David C. Frederick
Wan J. Kim
Gregory G. Rapawy
Andrew C. Shen
KELLOGG, HUBER, HANSEN, TODD,
 EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
dfrederick@khhte.com
wkim@khhte.com
grapawy@khhte.com
ashen@khhte.com

George A. Zelcs
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel: (312) 641-9750
Fax: (312) 641-9751
gzelcs@koreintillery.com

Stephen M. Tillery
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Tel: (314) 241-4844
Fax: (314) 241-3525
stillery@koreintillery.com

David H. Wollmuth
Frederick R. Kessler
Steven S. Fitzgerald
Ryan A. Kane
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, NY 10110
Tel: (212) 382-3300
Fax: (212) 382-0050
dwollmuth@wmd-law.com
fkessler@wmd-law.com
sfitzgerald@wmd-law.com
rkane@wmd-law.com

*Attorneys for Plaintiff National Credit Union Administration Board*